CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Prober & Raphael, A Law Corporation
Cassandra J. Richey, Esq., #155721
David F. Makkabi, Esq., #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
(818) 227-0100
Attorneys for Movant
F.040-1192

Order Entered on January 06, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
BENIGNO GUDINO MARTINEZ AND MARIA CARMEN GUDINO
                                                    Debtor.

BANKRUPTCY NO. 09-18845-JM13

U.S. BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, its assignees and/or successors in interest
                                                    Moving Party

RS NO.    DRP-1

BENIGNO GUDINO MARTINEZ AND MARIA CARMEN GUDINO;
THOMAS H. BILLINGSLEA, JR., Trustee,
                                                    Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion Docket Entry No. __22__.

//
//
//
//

DATED: January 06, 2011

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Prober & Raphael, A Law Corporation
(Firm name)

By: /s/ Cassandra J. Richey, Esq., #155721
    Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: BENIGNO GUDINO MARTINEZ AND MARIA CARMEN GUDINO         CASE NO: 09-18845-JM13
                                                                RS NO.: DRP-1

The Motion of U.S. BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, FA, its assignees and/or successors in interest,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on December 10, 2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 24, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on December 10, 2010, and

☑ Debtor *(Name)*: BENIGNO GUDINO MARTINEZ AND MARIA CARMEN GUDINO

☑ Debtor's Attorney *(Name)*: EUGENIO RAMOS, ESQUIRE

☑ Trustee *(Name)*: THOMAS H. BILLINGSLEA, JR.

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☑ The following real property:

   a. Street address of the property including county and state:
      1272 Pequeno Place, Escondido, San Diego County, California 92027

   b. Legal description is ☐ attached as Exhibit A or ☑ described below:
      LOT 69 OF ESCONDIDO TRACT NO. 155, IN THE CITY OF ESCONDIDO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 6631, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, APRIL 24, 1970.

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge James W. Meyers January 06, 2011*